**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:12 CR 50**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **DEREK LAMONT DAVIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

THIS CAUSE came before the undersigned pursuant to a Violation Report (#40) filed by the United States Probation Office alleging that Defendant had violated terms and conditions of his prehearing release. At the call of this matter on for hearing, Defendant advised the Court he was withdrawing his request to be released on terms and conditions of pretrial release and he was requesting the Court to revoke the unsecured bond and order setting conditions of release such that Defendant be detained. As a result, the undersigned has determined to enter an order allowing the oral motion. By allowing this oral motion and ordering the detention of Defendant, such action would render the Violation Report moot.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that Defendant's oral motion to be allowed to be detained is **ALLOWED** and the terms and conditions of the unsecured

bond and conditions of release (#37) and (#38) are **REVOKED** and it is further

**ORDERED** that the Violation Report (#40) is **DENIED** as being moot.

Signed: August 9, 2017

Dennis L. Howell
United States Magistrate Judge